UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 16-29297
TAMMI D. JONES, )
) Chapter: 13
) Honorable David D. Cleary
)
)
Debtor(s) )

## ORDER VACATING PAYROLL CONTROL ORDER

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is ORDERED:

1) The Order to Employer to Pay the Trustee, docket #17, is vacated.

2) Ann & Robert H. Lurie Children's Hospital, employer of Tammi D. Jones, shall immediately cease payroll deductions for monthly payments to the bankruptcy trustee.

Enter: David D. Cleary

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: August 09, 2021

**Prepared by:**

Christine H. Clar, ARDC #6202332
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100
davidsiegelbk@gmail.com